UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
OSCAR SANDERS,

                        Plaintiff,

                - against -

DOC Staffs Deputy KENNETH WILLIAMS and Dietician
JOHN DOE of GRVC,

                        Defendant.
------------------------------------------------------------------------x

**ORDER**

No. 12-CV-4633 (CS)

Seibel, J.

      Plaintiff having failed to respond to Defendants' Rule 41(b) Motion to Dismiss filed March 27, 2013, (Doc. 16), and for the reasons stated by Defendants in their moving papers, (Docs. 17, 18), this case is hereby DISMISSED for failure to prosecute. The Clerk of Court is directed to terminate the pending motion, (Doc. 16), and close the case.

**SO ORDERED.**

Dated:  April 22, 2013
          White Plains, New York

                                                            _____
                                                               CATHY SEIBEL, U.S.D.J.